UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ NOV 08 2018 ★

BROOKLYN OFFICE

MICHAEL FELENDLER, on behalf of himself and all other similarly situated consumers,

Plaintiff,

v.

CAVALRY PORTFOLIO SERVICES, LLC,

Defendant.

Civil Case No. 18-cv-04674-LDH-PK

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by Plaintiff and Defendant, pursuant to Fed.R.Civ.P. 41, that the within matter is dismissed with prejudice and without costs.

Adam J. Fishbein, P.C.
Attorneys for Plaintiff

Maurice Wutscher, LLP
Attorneys for Defendant
Cavalry Portfolio Services, LLC

**/s/ Adam J. Fishbein**
Adam J. Fishbein, Esq.
735 Central Avenue
Cedarhurst, NY 11516
(516) 668-6945

**/s/ Thomas R. Dominczyk**
Thomas R. Dominczyk, Esq.
5 Walter E. Foran Blvd., Suite 2007
Flemington, NJ 08822
(908) 237-4550

Dated: November 5, 2018

Dated: November 5, 2018

And now, this 6th day of Nov. 2018, the above Stipulation is approved:
So Ordered

/s/ LDH

LaShann DeArcy Hall
United States District Judge